IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BYRD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-1116 |
| | : | |
| JEROME WALSH, et al. | : | |

**ORDER**

AND NOW, this 24th day of February, 2016, upon careful and independent consideration of Petitioner John Byrd's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and upon de novo review of the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter and Byrd's objections thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Byrd's Objections to the Report and Recommendation (Document 7) are OVERRULED;

2. The Report and Recommendation (Document 6) is APPROVED and ADOPTED;

3. Byrd's petition for writ of habeas corpus (Document 1) is DISMISSED;

4. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability; and

5. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.